IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-9 (MTT) |
| | ) |
| RENALDO SMITH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term. Doc. 25. The defendant was indicted on February 14, 2023, and had his arraignment in this Court on March 8, 2023. Docs. 1; 11. One prior continuance has been granted. Doc. 23. The defendant, by and through his counsel, now moves the Court to continue this case to allow time for the defendant to receive a psychiatric exam. Doc. 25 ¶ 2. The government does not oppose the motion to continue. *Id*. The motion for psychiatric exam was filed on June 14, 2023. Doc. 26.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 25) is **GRANTED**. The case is continued from the July term until the Court's trial term presently scheduled for **September 11, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 21st day of June, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT